No. 82–647.  KIRKPATRICK v. CHRISTIAN HOMES OF ABILENE, INC., ET AL.  Ct. App. Tex., 11th Sup. Jud. Dist. Certiorari granted.

No. 82–799.  BUREAU OF ALCOHOL, TOBACCO AND FIREARMS v. FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 9th Cir.  Certiorari granted.

No. 82–827.  MINNESOTA v. MURPHY.  Sup. Ct. Minn. Certiorari granted.

No. 82–818.  NATIONAL LABOR RELATIONS BOARD v. BILDISCO & BILDISCO, DEBTOR-IN-POSSESSION, ET AL.; and

No. 82–852.  LOCAL 408, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 3d Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 682 F. 2d 72.

No. 81–2332.  NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY v. CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL.  C. A. 4th Cir.  Motion of United States Conference of Mayors for leave to file a brief as *amicus curiae* granted.  Certiorari granted.  JUSTICE POWELL took no part in the consideration or decision of this motion and this petition.

No. 81–2359.  AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. v. PHONETELE, INC.  C. A. 9th Cir.  Certiorari denied.

No. 82–198.  FEDERAL ELECTION COMMISSION v. HALL-TYNER ELECTION CAMPAIGN COMMITTEE ET AL.  C. A. 2d Cir.  Certiorari denied.